# CERTIFICATION

I, Edward Penna Sr., on behalf of the Iron Workers Local Union No. 405 Annuity Fund ("Plaintiff"), declare that:

1. I, Edward Penna Sr., Fund Administrator of Plaintiff, am authorized to make decisions on Plaintiff's behalf.

2. Plaintiff has reviewed the Complaint and authorizes its filing.

3. Plaintiff did not purchase and/or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's Class Period purchase and sale transaction(s) in Dollar General Corporation securities that are the subject of this action are attached in Schedule A.

6. Plaintiff has full power authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

8. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of JAN. 2017.

_____
Edward Penna Sr.
*Fund Administrator*
Iron Workers Local Union No. 405 Annuity Fund

# SCHEDULE A

### Iron Workers Local Union No. 405 Annuity Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Com Stk | Buy | 8/25/2016 | 425 | $78.87 |
| Com Stk | Sell | 3/11/2016 | 100 | $84.27 |
| Com Stk | Sell | 3/11/2016 | 400 | $84.80 |
| Com Stk | Sell | 4/8/2016 | 300 | $82.75 |
| Com Stk | Sell | 6/8/2016 | 275 | $90.31 |
| Com Stk | Sell | 6/30/2016 | 25 | $93.73 |
| Com Stk | Sell | 7/1/2016 | 125 | $93.41 |
| Com Stk | Sell | 7/12/2016 | 225 | $92.65 |
| Com Stk | Sell | 7/27/2016 | 275 | $95.33 |
| Com Stk | Sell | 8/5/2016 | 175 | $94.10 |
| Com Stk | Sell | 8/15/2016 | 225 | $91.88 |
| Com Stk | Sell | 8/15/2016 | 100 | $92.07 |
| Com Stk | Sell | 8/18/2016 | 325 | $91.63 |
| Com Stk | Sell | 9/7/2016 | 400 | $71.44 |