IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Iron Worker Local Union No. 405<br>    Annuity Fund, et al., | Case Nos. 3:17 CV 63<br>3:17 CV 275<br>3:17 CV 276 |
| Plaintiffs, | <u>JUDGMENT ENTRY</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Dollar General Corporation, et al., | |
| Defendants. | |

In accordance with this Court's accompanying Memorandum Opinion, Defendants' Motion to Dismiss (Doc. 57) is granted, and this case is dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 8, 2018